# Exhibit A



Your Missouri Courts    Search for Cases by: Select Search Method...

| Judicial Links | eFiling | Help | Contact Us | Print | Logon |

**1816-CV10529 - JASON M THARP V LEXISNEXIS RISK SOLUTIONS, INC. (E-CASE)**

Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution

This information is provided as a service and is not considered an official court record.

Sort Date Entries: ● Descending ○ Ascending    Display Options: All Entries

| 04/26/2018 | **Retn Serv-Reg/Cert Mail Succs** |
| | Document ID - 18-ASRM-17; Served To - LEXISNEXIS RISK SOLUTIONS, INC.; Server - ; Served Date - 26-APR-18; Served Time - 10:10:00; Service Type - Certified Mail; Reason Description - Served |
| 04/24/2018 | **Summons Issued-Reg/Cert Mail** |
| | Document ID: 18-ASRM-17, for LEXISNEXIS RISK SOLUTIONS, INC.. Confirmation Delivery: 9214 8901 0661 5400 0122 5165 46 |
| | **Hearing Scheduled** |
| | Scheduled For: 05/30/2018;  9:00 AM ;  CORY LEE ATKINS;  Jackson - Kansas City |
| | **Judge Assigned** |
| | **Filing Info Sheet eFiling** |
| | Filed By: ALAN J. STECKLEIN |
| | **Note to Clerk eFiling** |
| | Filed By: ALAN J. STECKLEIN |
| | **Affidavit Filed** |
| | Affidavit for Service. |
| | Filed By: ALAN J. STECKLEIN |
| | On Behalf Of: JASON M. THARP |
| | **Pet Filed in Associate Ct** |
| | Petition. |

Case.net Version 5.13.19.1    Return to Top of Page    Released 02/02/2018



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>CORY LEE ATKINS | Case Number: 1816-CV10529 |
|---|---|
| Plaintiff/Petitioner:<br>JASON M. THARP<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address, or Plaintiff/Petitioner, if pro se:<br>ALAN J. STECKLEIN<br>748 ANN AVENUE<br>KANSAS CITY, KS 66101<br>(913) 371-0727 |
| Defendant/Respondent:<br>LEXISNEXIS RISK SOLUTIONS, INC. | Date, Time, and Location of Court Appearance:<br>30-MAY-2018, 09:00 AM<br>DIVISION 26 7TH FLOOR<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>AC Other Tort | |

(Date File Stamp)

## Associate Summons for Service by Registered or Certified Mail

The State of Missouri to: **LEXISNEXIS RISK SOLUTIONS, INC.**
Alias:

RA: THE CORPORATION COMPANY INC
112 SW 7TH STREET SUITE 3C
TOPEKA, KS 66603



*COURT SEAL OF JACKSON COUNTY*

You are summoned to appear before this Court on the date, time, and location above, to answer the allegation in the petition filed by the above-named Plaintiff/Petitioner, a copy which of which is attached. If you fail to appear at the time and place stated in this summons, judgment by default will be taken against you for the relief demanded in the petition.

If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

24-APR-2018
Date Issued

_____
Clerk

Further Information:

## Certificate of Mailing

I certify that on __24-APR-2018__ (date), I mailed a copy of this summons and a copy of the petition to

Defendant/Respondent LEXISNEXIS RISK SOLUTIONS, INC. by registered or certified mail, requesting a return receipt by the addressee only, to the said Defendant/Respondent at the address furnished by Plaintiff/Petitioner.

__24-APR-2018__
Date

_____
Clerk

OSCA (2-2017) SM91 (JAKASRM) *For Court Use Only:* Document ID# 18-ASRM-17    1 of 2    S.C. Form 4; Rule 54.12b; 506.150 RSMo
Case 4:18-cv-00406-BP   Document 1-1   Filed 05/25/18   Page 3 of 11

# SUMMONS/GARNISHMENT SERVICE PACKETS
# ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made. Thank you.

Circuit Court of Jackson County

In the Associate Circuit Court of Jackson County, Missouri
At Kansas City

| | |
|---|---|
| Jason M Tharp,<br><br>                Plaintiff<br><br>vs.<br><br>LexisNexis Risk Solutions, Inc.<br><br>                Defendant. | Case Number: |

## AFFIDAVIT IN SUPPORT OF SERVICE BY CERTIFIED MAIL

STATE OF KANSAS         )
                                   ) ss.
COUNTY OF WYANDOTTE  )

A.J. Stecklein, of lawful age, being first duly sworn upon his oath, deposes and states that:

1. He is the attorney for the above-named Plaintiff, being licensed to practice in the State of Missouri, having his office at 748 Ann Avenue, Kansas City, Kansas 66101.

2. The Defendant LexisNexis Risk Solutions, Inc. is a foreign corporation with corporate headquarters in Georgia.

3. The name and address of the Defendant's registered agent is THE CORPORATION COMPANY, INC., 112 SW 7TH STREET SUITE 3C, TOPEKA, KS 66603.

4. Personal service may not be obtained on the Defendant LexisNexis Risk Solutions, Inc. in Jackson County, Missouri.

5. The name and address of the party to be served by certified mail is THE CORPORATION COMPANY, INC., 112 SW 7TH STREET SUITE 3C, TOPEKA, KS 66603.

Respectfully Submitted,

By: _____
A.J. Stecklein #46663
Michael H. Rapp #66688
Matthew Robertson #70442
Stecklein & Rapp, Chtd.
748 Ann Ave
Kansas City, KS 66101
Telephone: (913) 371-0727
Facsimile: (913) 371-0147
Email: aj@kcconsumerlawyer.com
       mr@kcconsumerlawyer.com
Attorneys for Plaintiff

Subscribed and sworn to before me, a notary public, on April 24, 2018.



_____
Notary Public

# In the Associate Circuit Court of Jackson County, Missouri
## At Kansas City

JASON M THARP,

        Plaintiff,

vs.

LEXISNEXIS RISK SOLUTIONS, INC.,

        Defendant.

Case Number: _____

## PETITION

COMES NOW Plaintiff, by and through counsel, and for Plaintiff's causes of action against Defendant states as follows:

1. This is an action for damages brought by an individual consumer against the Defendant for violations of the Fair Consumer reporting Act (hereafter FCRA) 15 U.S.C. §1681 et seq.

2. Jurisdiction of this Court arises under 15 U.S.C. §1681p and 28 U.S.C. §1331.

3. Venue lies properly in this district pursuant to 28 U.S.C. §1391(b).

4. Plaintiff is a resident of Missouri.

5. Defendant has mix-merged information of another person named Jason Sharp onto Plaintiff's consumer report.

1

6. Defendant has been reporting and reinserting derogatory and inaccurate statements and information relating to Plaintiff and Plaintiff's credit history to third parties (hereafter the "inaccurate information").

7. Plaintiff's creditors and potential creditors have accessed Plaintiff's reports while the misreporting was on the consumer report and were misinformed by Defendants about Plaintiff's credit worthiness.

8. The inaccurate information negatively reflects upon the Plaintiff, Plaintiff's credit repayment history, and Plaintiff's financial responsibility as a debtor and s credit worthiness.

## Count I – Violations of the Fair Consumer Reporting Act

Comes now Plaintiff and for Count I against the Defendant state and alleges to the Court as follows:

9. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

10. At all times pertinent hereto, the Plaintiff Jason M Tharp is a "consumer" as that term is defined by 15 U.S.C. §1681a(c).

11. At all times pertinent hereto, the above-mentioned consumer reports were written, oral, or other communication of any information by a consumer reporting agency bearing on a consumer's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used or expected to be used or collected in whole or in part for the purpose of serving as a factor in establishing the consumer's eligibility for credit or insurance to be used primarily for personal,

2

Electronically Filed - Jackson - Kansas City - April 24, 2018 - 10:32 AM

family, or household purposes; employment purposes; or any other purpose authorized under 15 U.S.C. 1681b.

12. Pursuant to 15 U.S.C. §1681n and 15 U.S.C. §1681o, Defendant is liable to the Plaintiff for willfully and negligently failing to comply with the requirements imposed on consumer reporting agencies of information pursuant to 15 U.S.C. §1681e(b) in assuring reasonable procedures to assure maximum possible accuracy to prevent such reporting of inaccurate information in Plaintiff's reports.

13. The conduct of Defendant was a direct and proximate cause, as well as a substantial factor, in bringing about the serious injuries, actual damages and harm to the Plaintiff that are outlined more fully above and, as a result, Defendant is liable to the Plaintiff for the full amount of statutory, actual and punitive damages, along with the attorneys' fees and the costs of litigation, as well as such further relief, as may be permitted by law.

WHEREFORE, Plaintiff seek judgment in Plaintiff's favor and damages against the Defendant based on the following requested relief:

a. Actual damages;

b. Statutory damages;

c. Punitive damages;

d. Costs and reasonable attorney's fees pursuant to 15 U.S.C. §§1681n and 1681o; and

e. Such other and further relief as may be necessary, just and proper.

3

Case 4:18-cv-00406-BP   Document 1-1   Filed 05/25/18   Page 9 of 11

family, or household purposes; employment purposes; or any other purpose authorized under 15 U.S.C. 1681b.

12. Pursuant to 15 U.S.C. §1681n and 15 U.S.C. §1681o, Defendant is liable to the Plaintiff for willfully and negligently failing to comply with the requirements imposed on consumer reporting agencies of information pursuant to 15 U.S.C. §1681e(b) in assuring reasonable procedures to assure maximum possible accuracy to prevent such reporting of inaccurate information in Plaintiff's reports.

13. The conduct of Defendant was a direct and proximate cause, as well as a substantial factor, in bringing about the serious injuries, actual damages and harm to the Plaintiff that are outlined more fully above and, as a result, Defendant is liable to the Plaintiff for the full amount of statutory, actual and punitive damages, along with the attorneys' fees and the costs of litigation, as well as such further relief, as may be permitted by law.

WHEREFORE, Plaintiff seek judgment in Plaintiff's favor and damages against the Defendant based on the following requested relief:

a. Actual damages;

b. Statutory damages;

c. Punitive damages;

d. Costs and reasonable attorney's fees pursuant to 15 U.S.C. §§1681n and 1681o; and

e. Such other and further relief as may be necessary, just and proper.

Respectfully submitted,
By: /s/ A.J. Stecklein
A.J. Stecklein #46663
Michael Rapp #66688
Matthew Robertson #70442
Stecklein & Rapp
748 Ann Avenue
Kansas City, KS 66101
Telephone:  (913) 371-0727
Facsimile:  (913) 371-0727
Email: aj@kcconsumerlawyer.com
        mr@kcconsumerlawyer.com
        msr@kcconsumerlawyer.com
Attorneys for Plaintiff

4



Date: April 26, 2018

MAIL MAIL:

The following is in response to your April 26, 2018 request for delivery information on your Certified Mail™/RRE item number 92148901066154000122516546. The delivery record shows that this item was delivered on April 26, 2018 at 10:10 am in TOPEKA, KS 66675. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

The customer reference information shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Reference ID: 92148901066154000122516546
1816-CV10529
LEXISNEXIS RISK SOLUTIONS INC
RA: THE CORPORATION COMPANY INC
112 SW 7th St Ste 3C
Topeka, KS 66603-3858